IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) 03 C 2182 |
| Plaintiff, | )<br>) Judge Joan B. Gottschall |
| v. | )<br>) |
| FRANK J. CUSTABLE, JR, et al., | )<br>) |
| Defendants. | ) |

## AGREED ORDER

This cause having come before the Court on the Agreed Motion of Defendant Frank J. Custable, Jr., and Relief Defendant, Active Investments Inc. for a Limited Modification of the Asset Freeze, IT IS HEREBY ORDERED:

That the April 28, 2003, Order of Preliminary Injunction to Freeze Assets and Provide Other Relief Against Relief Defendants Sothis III, LDC and Active Investments, Inc., and the April 28, 2003, Agreed Order of Preliminary Injunction and Other Relief Against Defendants Frank J. Custable, Jr., Sara Wetzel, Francis Scott Widen and Suburban Capital Corporation, are modified to the limited extent of permitting:

1. The Settlement Agreement between ReginA Wuthenow, Plaintiff, and Frank J. Custable, Jr., and Active Investments, Inc., Defendants, in action 02 C 2081 to proceed and conclude;

2. The third party lendor to deposit with the Court Registry Investment System ("CRIS") the settlement proceeds, to be credited to the account of Frank J. Custable, Jr., and Active Investments, Inc., with such funds to remain subject to the asset freeze in place against Custable and Active.

3. Frank J. Custable, Jr. and Active Investments, Inc., to transfer title to the subject real estate to Mr. Regina Wuthenow

JUN 3 0 2005

Date

ENTERED: _____

Judge Joan B. Gottschall