UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | Civil Action No: 03 C 2182 |
| FRANK J. CUSTABLE, JR., et al., | Judge Gottschall |
| Defendants. | |
| | Magistrate Judge Valdez |

**PLAINTIFF'S MOTION FOR ENTRY, BY CONSENT, OF FINAL JUDGMENTS AGAINST DEFENDANTS ROBERT BLAGMAN, PACEL CORPORATION, RICHARD BAILEY, AND MARSHALL HOLDINGS INTERNATIONAL, INC. (f/k/a "GATEWAY DISTRIBUTORS, LTD.")**

Plaintiff, the United States Securities and Exchange Commission ("SEC") moves this Court for entry of final judgments against defendants Robert Blagman, Richard Bailey, Pacel Corporation, and Marshall Holdings International, Ltd. (formerly known as and originally named in this action as "Gateway Distributors, Ltd."). In support of this motion, the SEC states as follows:

1. This is a securities enforcement action brought by the SEC that arises from defendants' unlawful conduct as alleged in the Second Amended Complaint in this action.

2. Defendant Robert Blagman has now consented to the entry of a proposed final judgment against him in the form attached to his consent. A copy of his consent is attached as Exhibit 1.

3. In paragraph 16 of his consent, Blagman agrees that the Commission may present the final judgment to the Court for signature and entry without further notice.

4. Defendant Richard Bailey has now consented to the entry of a proposed final judgment against him in the form attached to his consent. A copy of this consent is attached as Exhibit 2.

5. In paragraph 14 of his consent, Blagman agrees that the Commission may present the final judgment to the Court for signature and entry without further notice.

6. Defendant Pacel Corporation has now consented to the entry of a proposed final judgment against it in the form attached to its consent. A copy of this consent is attached as Exhibit 3.

7. In paragraph 12 of its consent, Pacel Corporation agrees that the Commission may present the final judgment to the Court for signature and entry without further notice.

8. Defendant Marshall Holdings International, Ltd., formerly doing business as "Gateway Distributors, Ltd," has now consented to the entry of a final judgment against it in the form attached to its consent. A copy of this consent is attached as Exhibit 4.

9. In paragraph 13 of its consent, Marshall Holdings International, Ltd. agrees that the Commission may present the final judgment to the Court for signature and entry without further notice.

10. Pursuant to the Court's case management procedures, an electronic copy of each the proposed final judgments, in a format compatible with WordPerfect, have been separately submitted by email to the email address provided by the Court for such purposes.

Respectfully submitted,


/s/ Steven J. Levine
Steven J. Levine (IL Bar No, 6226921)
Attorney for Plaintiff

U.S. Securities and Exchange Commission
175 West Jackson Blvd., Suite 900
Chicago, IL 60604
Tel: (312) 353-7390
Fax: (312) 353-7398

Dated: September 24, 2009