**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | Civil Action No: 03 C 2182 |
| FRANK J. CUSTABLE, JR., et al., | Judge Gottschall |
| Defendants. | Magistrate Judge Valdez |

## CERTIFICATE OF SERVICE

I, the undersigned, declare that on this 24th day of September, 2009 I caused copies of the following documents:

1. Plaintiff's Notice of Motion; and

2. Plaintiff's Motion for Entry, By Consent, of Final Judgments Against Defendants Robert Blagman, Pacel Corporation, Richard Bailey, and Marshall Holdings International, Ltd. (f/k/a "Gateway Distributors, Ltd.")

to be served:

**A. electronically via the court's ECF system to all persons who are E-filers in this case, including:**

*For defendant Robert Blagman:*

Joseph Paul Kincaid (jkincaid@smbtrials.com)

*For defendant Brad Nordling:*

Theodore Thomas Poulos (ttpoulos@aol.com)

*For defendant Pacel Corporation:*

Julian Solotorovsky (jsolotorovsky@kelleydrye.com)

1

*For defendants Richard Bailey and Marshall Holdings International, Ltd. (f/k/a "Gateway Distributors, Ltd."):*

    Ted S. Helwig (ted.helwig@kattenlaw.com)

**B.    via email, but not via the court's ECF system, for the following defendants whom have been in communication with the SEC electronically:**

*For defendant Francis Scott Widen (pro se):*

    Francis Scott Widen (scottwiden@hotmail.com)

*For defendant David Giles (pro se):*

    David Giles (dgiles45@msn.com)

*For defendant David Calkins:*

    Daniel Perdum (dperdum@hinshawlaw.com)

**C.    via U.S. mail at the last known addresses of the following *pro se* defendants:**

*For defendants Frank Custable, Wasatch Pharmaceutical, Inc., and Suburban Capital Corp.:*

    Frank Custable, Jr.
    Reg. No. 18078-424
    Federal Detention Center
    Box 100
    Milan, Michigan 48160

*For defendant Gary Heesch:*

    Gary Heesch
    1575 Valley View Circle
    Springville, Utah 84663

*For defendant Sara Wetzel:*

    Sara Wetzel
    11450 Church Street
    Apt. 78
    Rancho Cucamonga, CA 91730

*For Defendant Blagman Media International, Inc. (now doing business as Marketing Concepts, International:*

Ryan West
Parson & West, P.C.
299 South Main Street, Suite 1300
Salt Lake City, Utah 84111
(801) 535-4640 (tel)
(801) 618-4098 (fax)

*For defendant ThermoElastic Technologies:*

ThermoElastic Technologies, Inc.
c/o Kevin Murphy
1172 Manito Drive
Fox Island, WA 98333

*For relief defendant Active Investments, Inc.:*

Active Investments, Inc.
c/o Robert Luce
399 Quentin Road
Palatine, IL 60067

*For relief defendant Pine Services, Ltda:*

Pine Services, Ltd.
c/o Roxana Lao
Apdo. 10572
San Jose, Costa Rica

*For relief defendant Sothis III, LDC:*

Sothis III, LDC
c/o Irma Velasquez
Apdo. 10559-1000
San Jose, Costa Rica

Dated: September 24, 2009

Respectfully submitted,

/s/ Steven J. Levine
Steven J. Levine (IL Bar No, 6226921)
**Attorney for Plaintiff**

**U.S. Securities and Exchange Commission**
175 West Jackson Blvd., Suite 900
Chicago, IL 60604
Tel: (312) 353-7390
Fax: (312) 353-7398

3