**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| | Civil Action No: 03 C 2182 |
| v. | |
| FRANK J. CUSTABLE, JR., et al., | Judge Gottschall |
| Defendants. | |
| | Magistrate Judge Valdez |

**PLAINTIFF'S MOTION FOR ENTRY OF**
**FINAL JUDGMENT, BY CONSENT, AGAINST DAVID GILES**

Plaintiff, the United States Securities and Exchange Commission ("SEC") moves this Court for entry of Final Judgment against David Giles in the form attached hereto as Exhibit 1. In support of this motion, the SEC states as follows:

1. This is a securities enforcement action brought by the SEC that arises from defendants' unlawful conduct as alleged in the Second Amended Complaint in this action.

2. Defendant David Giles has executed a consent to the entry of the proposed Final Judgment against him. A copy of this consent is attached hereto as Exhibit 2.

3. The proposed Final Judgment resolves all of the SEC's claims against Mr. Giles in this action.

4. Entry of this Final Judgment is in the interest of justice and of judicial economy.

5. Pursuant to the Court's case management procedures, an electronic copy of the proposed Final Judgment, in a format compatible with WordPerfect, has been separately submitted by email to the email address provided by the Court for such purposes.

**WHEREFORE**, for the foregoing reasons, the SEC requests that the Court grant this motion and entered the proposed Final Judgment against David Giles.

Respectfully submitted,

/s/ Steven J. Levine
Steven J. Levine (IL Bar No, 6226921)
Attorney for Plaintiff

U.S. Securities and Exchange Commission
175 West Jackson Blvd., Suite 900
Chicago, IL 60604
Tel:  (312) 353-7390
Fax:  (312) 353-7398

Dated: February 4, 2010