UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| | Civil Action No: 03 C 2182 |
| v. | |
| FRANK J. CUSTABLE, JR., et al., | Judge Gottschall |
| Defendants. | |
| | Magistrate Judge Valdez |

## PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT, BY CONSENT, AGAINST SARA WETZEL

Plaintiff, the United States Securities and Exchange Commission ("SEC") moves this Court for entry of Final Judgment against Sara Wetzel in the form attached hereto as Exhibit 1, and for the withdrawal of the pending application for a default judgment against her. In support of this motion, the SEC states as follows:

1. This is a securities enforcement action brought by the SEC that arises from defendants' unlawful conduct as alleged in the Second Amended Complaint in this action.

2. On January 15, 2010, the SEC filed an application for the entry of a default judgment against numerous defendants in this case, including Sara Wetzel.

3. Subsequent to the filing of that motion, the SEC received from Sara Wetzel a signed consent to the entry of a Final Judgment, by consent, against her. A copy of that consent is attached hereto as Exhibit 2.

4. The SEC has agreed to withdraw its application for entry of a default judgment simultaneously with the entry of this proposed Final Judgment, by consent.

5. Pursuant to the Court's case management procedures, an electronic copy of the proposed Final Judgment, in a format compatible with WordPerfect, has been separately submitted by email to the email address provided by the Court for such purposes.

**WHEREFORE**, for the foregoing reasons, the SEC requests that the Court grant this motion and entered the proposed Final Judgment against Sara Wetzel.

Respectfully submitted,

/s/ Steven J. Levine
Steven J. Levine (IL Bar No, 6226921)
Attorney for Plaintiff

U.S. Securities and Exchange Commission
175 West Jackson Blvd., Suite 900
Chicago, IL 60604
Tel: (312) 353-7390
Fax: (312) 353-7398

Dated: February 4, 2010