**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : : | |
| Plaintiff, | : : | |
| | : | Civil Action No: 03 C 2182 |
| v. | : : | |
| FRANK J. CUSTABLE, JR., et al., | : | Judge Gottschall |
| | : | |
| Defendants. | : : | Magistrate Judge Valdez |

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that on this 5th day of April, 2010, I caused copies of the following documents:

1. Plaintiff's Motion for Entry of Final Judgment, By Consent, Against Frank J. Custable, Jr.

2. Notice of Presentment;

to be served:

**A.** **electronically via the court's ECF system to all persons who are E-filers in this case, including:**

*For defendant Brad Nordling:*

Theodore Thomas Poulos (ttpoulos@aol.com)

**B.** **via email, but not via the court's ECF system, for the following defendants whom have been in communication with the SEC electronically:**

*For defendant Francis Scott Widen (pro se):*

Francis Scott Widen (scottwiden@hotmail.com)

*For defendant David Giles (pro se):*

1

David Giles (dgiles45@msn.com)

*For defendant David Calkins:*

Daniel Purdom (dpurdom@hinshawlaw.com)

**C.    via U.S. mail at the last known addresses of the following *pro se* defendants:**

*For defendants Frank Custable, Wasatch Pharmaceutical, Inc., and Suburban Capital Corp.:*

Frank Custable, Jr.
Reg. No. 15078-424
Federal Detention Center
Box 1000
Milan, Michigan 48160

And via email to his former counsel, John Dienner at jdienner@kfrrlaw.com.

*For defendant Gary Heesch:*

Gary Heesch
1575 Valley View Circle
Springville, Utah 84663

*For defendant Sara Wetzel:*

Sara Wetzel
11450 Church Street
Apt. 78
Rancho Cucamonga, CA 91730

Dated: April 5, 2010

Respectfully submitted,

/s/ Steven J. Levine
Steven J. Levine (IL Bar No, 6226921)
Attorney for Plaintiff
U.S. Securities and Exchange Commission
175 West Jackson Blvd., Suite 900
Chicago, IL 60604
Tel: (312) 353-7390
Fax: (312) 353-7398
Email: levines@sec.gov