| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| | Civil Action No: 03 C 2182 |
| v. | |
| FRANK J. CUSTABLE, JR., et al., | Judge Sharon Johnson Coleman |
| Defendants. | |

# PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENTS, BY CONSENT, AGAINST FRANCIS SCOTT WIDEN, GARY HEESCH, DAVID CALKINS, AND BRAD NORDLING

Plaintiff, the United States Securities and Exchange Commission ("SEC") moves this Court for entry of Final Judgments against Francis Scott Widen, Gary Heesch, David Calkins, and Brad Nordling (collectively, "Defendants") in the forms attached hereto as Exhibits 1 through 4. In support of this motion, the SEC states as follows:

1. This is a securities enforcement action brought by the SEC that arises from defendants' unlawful conduct as alleged in the Second Amended Complaint in this action.

2. Each of Defendants has executed a consent to the entry of the proposed Final Judgment against him. A copy of these consents are attached hereto as Exhibits 5 through 8.

3. The proposed Final Judgments resolve all of the SEC's claims against Defendants in this action.

4. Entry of this Final Judgment is in the interest of justice and of judicial economy.

5. Pursuant to the Court's case management procedures, electronic copies of the proposed Final Judgments, in a format compatible with WordPerfect, has been separately submitted by email to the email address provided by the Court for such purposes.

**WHEREFORE**, for the foregoing reasons, the SEC requests that the Court grant this motion and entered the proposed Final Judgments against Francis Scott Widen, Gary Heesch, David Calkins, and Brad Nordling.

Respectfully submitted,

/s/ Steven J. Levine
Steven J. Levine (IL Bar No, 6226921)
Attorney for Plaintiff

U.S. Securities and Exchange Commission
175 West Jackson Blvd., Suite 900
Chicago, IL 60604
Tel:  (312) 353-7390
Fax:  (312) 353-7398

Dated: March 3, 2011